| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

FREDERICK N. BANKS, §
§
        Plaintiff, §
§
versus §   CIVIL ACTION NO. 1:17-cv-503
§
RAYNALDO R. PEREZ, et al., §
§
        Defendants. §

**ORDER OF DISMISSAL**

The parties' joint "Stipulation of Dismissal" (Doc. No. 9) is accepted. Accordingly, the above case is **DISMISSED** with prejudice with each party to bear its own costs of court. The court retains jurisdiction to enforce any settlement. The clerk is directed to close the case and deny all pending motions as moot.

**Signed this date**
**Jul 19, 2018**

*[Signature: Marcia A. Crone]*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE